**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JOHN RODRIGUEZ and ZULEIKA GOMEZ,

        Plaintiffs,

v.                                               Case No: 6:17-cv-2072-Orl-40KRS

ABM AVIATION, INC.,

        Defendant.
_____/

## **ORDER**

This cause is before the Court on the parties' Renewed Joint Motion for Approval of Unpaid Wages Settlement and Dismissal of Plaintiffs' Action with Prejudice (Doc. 23) filed on February 22, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of No Objection was filed (Doc. 25) on March 1, 2018, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 26, 2018 (Doc. 24), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court **FINDS** that the parties' FLSA Settlement Agreement (Doc. 23-1) is a fair and reasonable resolution of a bona fide dispute under the FLSA.

3. The Renewed Joint Motion for Approval of Unpaid Wages Settlement and Dismissal of Plaintiffs' Action with Prejudice (Doc. 23) is **GRANTED** without reserving jurisdiction to enforce it.

4. Counsel is **PROHIBITED** from withholding any portion of the amount payable to Plaintiff's pursuant to a contingent fee agreement or otherwise.

5. This case is **DISMISSED with prejudice**.

6. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on March 12, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties